**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DR. AJAYKUMAR D RAO AND DR. JAYA AYSOLA,**  Plaintiffs,  v.  **ROTO-ROOTER SERVICES COMPANY,**  Defendants. | CIVIL ACTION  NO. 22-828 |

**O R D E R**

**AND NOW**, this 19th day of May, 2022, upon consideration of Defendant's Motion to Dismiss (ECF No. 3), Plaintiffs' Opposition thereto (ECF No. 7), and Defendant's Reply (ECF No. 10), it is **HEREBY ORDERED THAT** Defendant's Motion is **DENIED**.

**BY THE COURT:**

/s/Wendy Beetlestone, J.

**WENDY BEETLESTONE, J.**